THERESA ROACH, Respondent, v JOSEPH V. MARRA et al., Appellants. [919 NYS2d 422]—

Present—Centra, J.P., Fahey, Carni, Green and Gorski, JJ.